No. 64417.—Henry Coehler Co., Inc. *v.* United States, protest 322258-K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments the same in all material respects as those the subject of Abstract 61868, the claim of the plaintiff was sustained.